# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE BEAZER HOMES USA, INC. SECURITIES LITIGATION | MASTER FILE NO. 1:07-CV-725 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF VOLUNTARY DISMISSAL

## WITHOUT PREJUDICE

COMES NOW Plaintiff Sheet Metal Workers' National Pension Plan, Plaintiff in the above-styled consolidated action and a member of former Lead Plaintiff Movant the Pension Fund Group, through its undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(i), prior to the service of an answer or motion for summary judgment by Defendants, and hereby dismisses its claims against the Defendants without prejudice.

Respectfully submitted this 17th day of August, 2007.

**MOTLEY RICE LLC**

/s/ David J. Worley
DAVID J. WORLEY
Georgia Bar No. 776665
dworley@motleyrice.com
JAMES M. EVANGELISTA
Georgia Bar No. 707807
STUART GUBER
Georgia Bar No. 141879
One Georgia Center
600 West Peachtree Street, Suite 800
Atlanta, GA  30308
Tel:  (404) 201-6900
Fax: (404) 201-6959


ANN K. RITTER
aritter@motleyrice.com
P.O. Box 1792 (29465)
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel.:  (843) 216-9000
Fax:  (843) 216-9450


ATTORNEYS FOR SHEET METAL
WORKERS' NATIONAL PENSION PLAN

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

Martin D. Chitwood
mchitwood@chitwoodlaw.com

Richard W. Clary
rclary@cravath.com

Ellen Beth Cohen
ellen.cohen@sablaw.com

John J. Dalton
john.dalton@troutmansanders.com,donna.herrmann@troutmansanders.com

Lori G. Feldman
lfeldman@milbergweiss.com,dsclafani@milbergweiss.com

Michael Ira Fistel , Jr
mfistel@holzerlaw.com

Paul J. Geller
pgeller@lerachlaw.com,e_file_fl@lerachlaw.com

Krissi T. Gore
KGore@chitwoodlaw.com,DDouglas@chitwoodlaw.com,LSmith@chitwoodlaw.com

Corey Daniel Holzer
cholzer@holzerlaw.com

Francis P. Karam
karam@bernlieb.com

Robert Ware Killorin
rkillorin@chitwoodlaw.com

Elizabeth E. Lasorte
elasorte@cravath.com

J. Timothy Mast
tim.mast@troutmansanders.com,ganell.hume@troutmansanders.com

Kristi Stahnke McGregor
KMcgregor@milbergweiss.com

Kimberly Lillian Myers
kmyers@rh-law.com

Michael A. Paskin
mpaskin@cravath.com

Steven Lawrence Polk
larry.polk@sablaw.com

Tony Glen Powers
tgp@rh-law.com

Michael Anthony Sullivan
msullivan@finchmccranie.com,dmeredith@finchmccranie.com,along@finchmccranie.com,kflynn@finchmccranie.com

Ted J. Swiecichowski
tswiecichowski@milbergweiss.com

Jaime L. Theriot
jaime.theriot@troutmansanders.com

Terry Robert Weiss
terry.weiss@sablaw.com

The following list of attorneys will be served via U.S. Mail:

David J. George
Lerach Coughlin Stoia Geller Rudman & Robbins-FL
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432

Anita Kartalopoulos
Milberg Weiss & Bershad, LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119-0165

Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins
401 B Street
Suite 1700
San Diego, CA 92101-4297

Joseph R. Seidman, Jr
Bernstein Liebhard & Lifshitz
10 East 40th Street
22nd Floor
New York, NY 10016


This 17th day of August, 2007.

s/ David J. Worley
David J. Worley
Georgia Bar No. 776665
MOTLEY RICE LLC
One Georgia Center
600 West Peachtree Street
Suite 800
Atlanta, GA 30308
Tel: (404) 201-6900
Fax: (404) 201-6959